

**Thomas G. Bruton**
CLERK

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

(312) 435-5691

OCTOBER 29, 2015

USDC
District of Columbia
333 Constitution Ave NW #4400
Washington, DC 20001

RE:   Garzel v. American Airlines Group, Inc. et al

MDL No.   2656

USDC Case No.   15cv6940

Dear Clerk:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 10/23/15

■   was electronically   transmitted to USDC for District of Columbia

Sincerely yours,
**Thomas G. Bruton, Clerk**

By:_____/s/ Gregory Young_
Deputy Clerk

New Case No. _____     Date _____